# AVIATION COMMERCIAL GENERAL LIABILITY DECLARATIONS

POLICY NUMBER: AE 003380861-22          PREVIOUS POLICY NUMBER: AE 003380861-21

| ISSUED BY: | PRODUCER: |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br>175 WATER STREET, 18TH FLOOR<br>NEW YORK, NY 10038 | MARKET FINDERS INSURANCE CORP.<br>P O BOX 6549<br>LOUISVILLE, KY  40206 |

NAMED INSURED:
CENTRAL WEST VIRGINIA REGIONAL AIRPORT
AUTHORITY AND AS ENDORSED

MAILING ADDRESS:
JOHN D. ROCKEFELLER IV TERMINAL; 100 AIRPORT RD., SUITE 175
CHARLESTON, WV  25311

POLICY PERIOD:  FROM November 3, 2015          TO  November 3, 2016          AT 12:01 A.M. TIME
AT YOUR MAILING ADDRESS SHOWN ABOVE

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURRENCE LIMIT | $ 25,000,000. | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 50,000. | Any one premises |
| MEDICAL EXPENSE LIMIT | $ 1,000. | Any one person |
| PERSONAL & ADVERTISING INJURY AGGREGATE LIMIT | $ 25,000,000. | |
| GENERAL AGGREGATE LIMIT | $ NOT APPLICABLE | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $ 25,000,000. | |
| HANGARKEEPERS LIMIT | | |
| EACH AIRCRAFT LIMIT | $ 25,000,000. | |
| EACH LOSS LIMIT | $ 25,000,000. | |
| HANGARKEEPER'S DEDUCTIBLE | $ 10,000. | Each aircraft |

## DESCRIPTION OF BUSINESS

FORM OF BUSINESS:

[ ] INDIVIDUAL          [ ] PARTNERSHIP          [ ] JOINT VENTURE          [ ] TRUST

[ ] LIMITED LIABILITY COMPANY          [X] ORGANIZATION, INCLUDING A CORPORATION (BUT NOT INCLUDING A PARTNERSHIP, JOINT VENTURE OR LIMITED LIABILITY COMPANY)

BUSINESS DESCRIPTION: MUNICIPAL GENERAL AVIATION AIRPORT W/NON-HUB COMML AIRLINE

CGL04 (2/05)                                                                                    Page 1 of 2

Includes copyrighted material of Insurance Services Office, Inc. with its permission

| ALL PREMISES YOU OWN, RENT OR OCCUPY |
|---|
| ADDRESS OF ALL PREMISES YOU OWN, RENT OR OCCUPY |
| CENTRAL WEST VIRGINIA REGIONAL AIRPORT AUTHORTY<br>CHARLESTON, WV |

| PREMIUM | |
|---|---|
| STATE TAX OR OTHER (if applicable)  $ | 383.93 |
| PREMIUM SHOWN AT INCEPTION IS PAYABLE:  Annually            $ | 69,806.00 |
| TRIA PREMIUM: 3,611. (INCLUDED) | |

| ENDORSEMENTS |
|---|
| ENDORSEMENTS ATTACHED TO THIS POLICY |
| SEE ATTACHED FORMS SCHEDULE |

**THESE DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS AND COVERAGE FORM(S) AND ANY ENDORSEMENT(S), COMPLETE THE ABOVE NUMBERED POLICY**

| Countersigned: *Allan L. McVey* | Approved By: *[signature]* |
|---|---|
| *12 - 4 - 15* | (Authorized Representative) |
| | Date of Issue  November 17, 2015          FG |

CGL04 (2/05)                                                                 Page 2 of 2

Includes copyrighted material of Insurance Services Office, Inc. with its permission

# FORMS SCHEDULE

POLICYHOLDER   CENTRAL WEST VIRGINIA REGIONAL AIRPORT
AUTHORITY AND AS ENDORSED
POLICY NO.   AE 003380861-22
POLICY PERIOD:   From   November 3, 2015   to   November 3, 2016

The following forms are attached to the policy at inception.

| FORM NUMBER AND VERSION DATE | FORM TITLE |
| --- | --- |
| CGL04 (02-05) | Aviation Commercial General Liability Declarations |
| CGL02-NU (02-05) | Commercial General Liability Coverage Form |
| CGL353 (01-05) | Named Insured Endorsement |
| CGL425 (03-05) | Deductible Liability Insurance Endorsement |
| UE882 (01-05) | Asbestos Exclusion Endorsement |
| UE38B (01-05) | Nuclear Risks Exclusion Clause AVN38B |
| UE2000A (01-05) | Date Recognition Exclusion Clause AVN2000A |
| UE46B (01-05) | Noise And Pollution And Other Perils Exclusion Clause AVN46B |
| UE1066 (01-15) | Terrorism Exclusion - Certified Acts |
| UE858 (01-15) | Exclusion Deletion Endorsement |
| UE48B (01-05) | War Hi-jacking And Other Perils Exclusion Clause Aviation AVN48B |
| CGL52G (03-10) | Extended Coverage Endorsement Aviation Liabilities AVN52G |
| CGL810 (06-14) | Airport Expansion Endorsement |
| CGL1252 (03-10) | Employee Benefits Liability Endorsement |
| CGL660 (03-05) | Garagekeepers Liability |
| CGL191 (03-05) | Additional Insured - Designated Person Or Organization |
| CGL602 (03-05) | Additional Insured - Designated Person Or Organization Ground Handling Operations |
| 52176 (08-02) | West Virginia Cancellation / Nonrenewal Amendatory Endorsement |
| UE1013 (04-13) | Policyholder Notice |

All other provisions of this policy remain the same.

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered. Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy.  The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured. Other words and phrases that appear in quotation marks have special meaning.  Refer to Section V - Definitions.

## SECTION I - COVERAGES

**COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

   a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies resulting from your "aviation operations".  We will have the right and duty to defend the insured against any "suit" seeking those damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.  We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.  But:

      (1)  The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

      (2)  Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A, B and D.

   b.  This insurance applies to "bodily injury" and "property damage" only if:

      (1)  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

      (2)  The "bodily injury" or "property damage" occurs during the policy period; and

      (3)  Prior to the policy period, no insured listed under Paragraph 1. of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim knew that the "bodily injury" or "property damage" had occurred, in whole or in part.  If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c.  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change, or resumption of that "bodily injury" or "property damage" after the end of the policy period.

CGL02 (2/05)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time for the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured.  This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.  This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.  Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance, or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d.  Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e.  Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

    (a) Employment by the insured; or

    (b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother, or sister of the "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.  Air Traffic Control**

"Bodily injury" or "property damage" arising out of air traffic control operations on the ground or in the air.

**g.  Aircraft, Auto, Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use, or entrustment to others of any "aircraft", "auto", or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading" and, with respect to "aircraft", operated by also includes operation on behalf of any insured.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training, or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any "aircraft", "auto", or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

    (a) Less than 26 feet long; and

    (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

CGL02 (2/05)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

    (4) Liability assumed under any "insured contract" for the ownership, maintenance, or use of watercraft; or

    (5) "Bodily injury" or "property damage" arising out of:

        (a) The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

        (b) The operation of any of the machinery or equipment listed in Paragraph f. (2) or f. (3) of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

    (1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

    (2) The use of "mobile equipment" in, or while in practice for, or while being prepared for any prearranged racing, speed, demolition, or stunting activity.

**i. Appropriation By Government Power**

"Property damage" arising out of the appropriation of property or property rights by governmental power.

**j. Damage To Property**

"Property damage" to:

    (1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration, or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

    (2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

    (3) Property loaned to you;

    (4) Personal property in the care, custody, or control of the insured;

    (5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

    (6) That particular part of any property that must be restored, repaired, or replaced because "your work" was incorrectly performed on it.

Paragraph (1), (3), and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5), and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products- completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy, or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work, Or Impaired Property**

Damages claimed for any "loss", cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy, or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the "loss" of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Employment-Related Practices**

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, or discrimination directed at that person;

(2) The spouse, child, parent, brother, or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or to repay someone else who must pay damages because of the injury.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

  a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies resulting from your "aviation operations". We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

    (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

    (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A, B, and D.

  b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your "aviation operations" but only if the offense was committed in the "coverage territory" during the policy period.

CGL02 (2/05)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products, or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products, or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement in your "advertisement" of copyright, trade dress, or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing, or telecasting;

(2) Designing or determining content of web- sites for others; or

(3) An Internet search, access, content, or service provider.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

However, this exclusion does not apply to Paragraphs a., b., and c. of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising for you or others anywhere on the Internet is not, by itself, considered the business of advertising, broadcasting, publishing, or telecasting.

**k.  Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l.  Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m.  Employment-Related Practices**

"Personal and advertising injury" to:

(1)  A person arising out of any:

    (a)  Refusal to employ that person;

    (b)  Termination of that person's employment;

    (c)  Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, or discrimination directed at that person; or

(2)  The spouse, child, parent, brother, or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment- related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1)  Whether you may be held liable as an employer or in any other capacity; and

(2)  To any obligation to share damages with or to repay someone else who must pay damages because of the injury.

**n.  Taking Of Or Exercising Of Property Rights**

"Personal injury" arising out of the taking of or exercising of the property rights of others by overflight or other operation of "aircraft".

## COVERAGE C MEDICAL PAYMENTS

**1.  Insuring Agreement**

  a.  We will pay medical expenses as described below for "bodily injury" caused by an accident:

    (1)  On premises you own or rent;

    (2)  On ways next to premises you own or rent; or

    (3)  Because of your "aviation operations";

Includes copyrighted material of Insurance Services Office, Inc. with its permission

provided that:

    (1) The accident takes place in the "coverage territory" and during the policy period;

    (2) The expenses are incurred and reported to us within one year of the date of the accident; and

    (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b.  We will make these payments regardless of fault.  These payments will not exceed the applicable limit of insurance.  We will pay reasonable expenses for

    (1) First aid administered at the time of an accident;

    (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

    (3) Necessary ambulance, hospital, professional nursing, and funeral services.

## 2. Exclusions

We will not pay expenses for "bodily injury":

### a. Any Insured

To any insured, except "volunteer workers".

### b. Hired Person

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

### c. Injury On Normally Occupied Premises

To a person injured on that part of premises you own or rent that the person normally occupies.

### d. Workers Compensation And Similar Laws

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

### e. Athletics Activities

To a person injured while practicing, instructing, or participating in any physical exercises or games, sports, or athletic contests.

### f. Products-Completed Operations Hazard

Included within the "products-completed operations hazard".

### g. Coverage A Exclusions

Excluded under Coverage A.

## COVERAGE D HANGARKEEPERS LIABILITY

## 1. Insuring Agreement

a.  We will pay those sums that the Insured becomes legally obligated to pay as damages because of "loss" to "aircraft" (subject to the deductible shown in the Declarations if applicable unless such "loss" results from fire or explosion or while the "aircraft" is dismantled and being transported) occurring while such "aircraft" is in the care, custody or control of the insured for safekeeping, storage, service or repair.  We will have the right and duty to defend any "suit" seeking those damages.  We may, at our discretion, investigate any "loss" and settle any claim or "suit" that may result.  But:

Includes copyrighted material of Insurance Services Office, Inc. with its permission

(1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage D.

(3) When you repair damages which you have caused, we will not pay more than:

    (a)  your actual net cost for necessary material and parts of like kind and quality; and

    (b)  your actual wages for labor at current straight time rates with no premium for overtime, plus 100% of such wages as an allowance for overhead and supervision.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A, B, and D.

b.  This insurance applies to damages because of "loss" to "aircraft" only if:

(1) The "loss" takes place in the "coverage territory"; and

(2) The "loss" occurs during the policy period.

## 2.  Exclusions

This insurance does not apply to:

a.  The insured's liability under any agreement to be responsible for "loss";

b.  "Loss" to robes, wearing apparel, personal effects or merchandise;

c.  To "loss" or damage to "aircraft" or parts of "aircraft";

(1) Owned by, leased to, rented to, or loaned to the insured or partner(s) of the insured;

(2) Owned by, leased to, rented to, or loaned to an officer or "employee" of the insured unless the property is an "aircraft" in your custody under agreement for which a charge has been made;

d.  "Loss" due to theft or conversion caused in any way by you, your "employees", your partners or by your shareholders;

e.  "Loss" to "your work" arising out of it or any part of it; or

f.  "Loss" to "aircraft" while "in flight".

## SUPPLEMENTARY PAYMENTS - COVERAGES A, B, AND D

1.  We will pay, with respect to any claims we investigate or settle or any "suit" against an insured we defend:

a.  All expenses we incur.

b.  Up to $5,000. for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

c.  The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance.  We do not have to furnish these bonds.

d.  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250. a day because of time off from work.

CGL02 (2/05)                                                                                                    Page 10 of 28

e.   All costs taxed against the insured in the "suit".

f.   Prejudgment interest awarded against the insured on that part of the judgment we pay.  If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g.   All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.   If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a.   The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b.   This insurance applies to such liability assumed by the insured;

c.   The obligation to defend, or the cost of the defense of, that indemnitee has also been assumed by the insured in the same "insured contract";

d.   The indemnitee:

(1)  Agrees in writing to:

(a)  Cooperate with us in the investigation, settlement, or defense of the "suit";

(b)  Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the "suit";

(c)  Notify any other insurer whose coverage is available to the indemnitee; and

(d)  Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2)  Provides us with written authorization to:

(a)  Obtain records and other information related to the "suit"; and

(b)  Conduct and control the defense of the indemnitee in such "suit".

Provided that the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us, and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments.  Notwithstanding the provisions of Paragraph 2. b. (2) of Section I - Coverages A Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when

a.   We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b.   The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

## SECTION II - WHO IS AN INSURED

1.  If you are designated in the Declarations as:

    a.  An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    b.  A partnership or joint venture, you are an insured.  Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    c.  A limited liability company, you are an insured.  Your members are also insureds, but only with respect to the conduct of your business.  Your managers are insureds, but only with respect to their duties as your managers.

    d.  An organization other than a partnership, joint venture, or limited liability company, you are an insured.  Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors.  Your stockholders are also insureds, but only with respect to their liability as stockholders.

    e.  A trust, you are an insured.  Your trustees are also insureds, but only with respect to their duties as trustees.

2.  Each of the following is also an insured:

    a.  Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.  However, none of these "employees" or "volunteer workers" are insureds for

        (1)  "Bodily injury" or "personal and advertising injury":

            (a)  To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            (b)  To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1) (a) above;

            (c)  For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1) (a) or (b) above; or

            (d)  Arising out of his or her providing or failing to provide professional health care services.

        (2)  "Property damage" to property:

            (a)  Owned, occupied or used by,

            (b)  Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

        you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    b.  Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

    c. Any person or organization having proper temporary custody of your property if you die, but only:

        (1) With respect to liability arising out of the maintenance or use of that property; and

        (2) Until your legal representative has been appointed.

    d. Your legal representative if you die but only with respect to duties as such.  That representative will have all your rights and duties under this Coverage Part.

3. Any organization you newly acquire or form, other than a partnership, joint venture, or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization.  However,

    a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

    b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization;

    c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization;

    d. Coverage C does not apply to medical expenses arising out of "bodily injury" that occurred before you acquired or formed the organization; and

    e. Coverage D does not apply to "loss" to "aircraft" before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of

    a. Insureds;

    b. Claims made or "suits" brought;

    c. Persons or organizations making claims or bringing "suits"; or

    d. "Aircraft" to which Coverage D applies.

2. The General Aggregate Limit is the most we will pay for the sum of:

    a. Medical expenses under Coverage C;

    b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal And Advertising Injury Aggregate Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury".

Includes copyrighted material of Insurance Services Office, Inc. with its permission

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical Expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

8. The Hangarkeepers' Each Loss Limit is the most we will pay for the sum of damages under Coverage D because of any one "loss".

9. Subject to 8. above, the Hangarkeepers' Each Aircraft Limit is the most we will pay for the sum of damages under Coverage D because of "loss" to any one "aircraft" in any one "loss".

The Limits of Insurance of this Policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

### 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Policy.

### 2. Cancellation

a. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

b. We or the "Aviation Managers" may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (2) 30 days before the effective date of cancellation if we cancel for any other reason.

c. We or the "Aviation Managers" will mail or deliver our notice to the first Named Insured's last mailing address known to us.

d. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

e. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

f. If notice is mailed, proof of mailing will be sufficient proof of notice.

CGL02 (2/05)                                                                                    Page 14 of 28

Includes copyrighted material of Insurance Services Office, Inc. with its permission

3. **Changes**

   This policy contains all the agreements between you and us concerning the insurance afforded.  The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent.  This policy's terms can be amended or waived only by endorsement issued by the "Aviation Managers" and made a part of this policy.

4. **Duties In The Event of Occurrence, Offense, Claim, Or Suit**

   a. You must see to it that we or the "Aviation Managers" are notified as soon as practicable of an "occurrence" or an offense which may result in a claim.  To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us or the "Aviation Managers" as soon as practicable.

      You must see to it that we or the "Aviation Managers" receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us or the "Aviation Managers" copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us or the "Aviation Managers" to obtain records and other information;

      (3) Cooperate with us or the "Aviation Managers" in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us or the "Aviation Managers", upon our request, in the enforcement of any right against any person or organization which  may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent or the consent of the "Aviation Managers".

5. **Examination Of Your Books And Records**

   We or the "Aviation Managers" may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterword.

6. **Inspections And Surveys**

   a. We have the right to:

      (1) Make inspections and surveys at any time;

      (2) Give you reports on the conditions we find; and

      (3) Recommend changes.

CGL02 (2/05)                                                      Page 15 of 28

Includes copyrighted material of Insurance Services Office, Inc. with its permission

b.  We are not obligated to make any inspections, surveys, reports, or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged.

We do not make safety inspections.  We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public.  And, we do not warrant that conditions

(1)  Are safe or healthful; or

(2)  Comply with laws, regulations, codes, or standards.

c.  Paragraphs a. and b. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports, or recommendations.

d.  Paragraph b. of this condition does not apply to any inspections, surveys, reports, or recommendations we may make relative to certification under state or municipal statutes, ordinances, or regulations of boilers, pressure vessels, or elevators.

**7.  Legal Action Against Us**

No person or organization has a right under this Policy:

a.  To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b.  To sue us on this Policy unless there has been full compliance with all policy terms.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Policy or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured, and the claimant or the claimant's legal representative.  Service of process may be made upon the  "Aviation Managers" on behalf of the Company.  However, we do not waive our rights to commence an action in any court of competent jurisdiction or to seek a transfer to another court as permitted by law.

**8.  Other Insurance**

If other valid and collectible insurance is available to the insured for a "loss" we cover under Coverages A, B, or D of this Policy, our obligations are limited as follows:

**a.  Primary Insurance**

This insurance is primary except when b. below applies.  If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary.  Then, we will share with all that other insurance by the method described in c. below.

**b.  Excess Insurance**

This insurance is excess over:

(1)  Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a)  That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b)  That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(c)  That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

CGL02 (2/05)                                                                          Page 16 of 28

Includes copyrighted material of Insurance Services Office, Inc. with its permission

      (d)  If the "loss" arises out of the maintenance or use of "aircraft", "autos", or watercraft to the extent not subject to Exclusion g. of Section I - Coverage A Bodily Injury And Property Damage Liability.

  (2)  Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages A, B, or D to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit".  If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the "loss", if any, that exceeds the sum of:

  (1)  The total amount that all such other insurance would pay for the "loss" in the absence of this insurance; and

  (2)  The total of all deductible and self-insured amounts under all that other insurance.

      We will share the remaining "loss", if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Policy.

**c.  Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also.  Under this approach, each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the "loss" remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits.  Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

If the other insurance is written through the "Aviation Managers" as primary insurance, the total limit of the Company's or Companies' liability will not exceed the greatest limit on any one policy.

**9.  Premium Audit**

  a.  We will compute all premiums for this Policy in accordance with our rules and rates.

  b.  Premium shown in this Policy as advance premium is a deposit premium only.  At the close of each audit period, we will compute the earned premium for that period and send notice to the first Named Insured.  The due date for audit and retrospective premiums is the date shown as the due date on the bill.  If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

  c.  The first Named Insured must keep records of the information we need for premium computation and send us copies at such times as we may request.

**10.  Premiums**

The first Named Insured shown in the Declarations:

  a.  Is responsible for the payment of all premiums; and

  b.  Will be the payee for any return premiums we pay.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

**11. Representations**

By accepting this policy, you agree:

a.  The statements in the Declarations are accurate and complete;

b.  Those statements are based upon representations you made to us; and

c.  We or the "Aviation Managers" have issued this policy in reliance upon your representations.

**12. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a.  As if each Named Insured were the only Named Insured; and

b.  Separately to each insured against whom claim is made or "suit" is brought.

**13. State Statutes**

If the terms of this policy are in conflict with or inconsistent with the statutes of any state where the policy is in effect, we will conform to those state statutes.

**14. Titles Of Paragraphs**

The titles of the various paragraphs of this policy and amendments, if any, attached to this policy are inserted solely for reference and are not to be deemed in any way to limit or affect the provisions to which they relate.

**15. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Policy, those rights are transferred to us.  The insured must do nothing after "loss" to impair them.  At our or the "Aviation Managers" request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**16. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative.  Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**17. Violation Of Statute**

If coverage for a claim under this policy is in violation of any United States of America's economic or trade sanctions, including but not limited to, sanctions administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC"), then coverage for that claim shall be null and void.

**18. When We Do Not Renew**

If we or the "Aviation Managers" decide not to renew this Policy, we or the "Aviation Managers" will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

CGL02 (2/05)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

## SECTION V - DEFINITIONS

1.  "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.  For the purposes of this definition:

    a.  Notices that are published include material placed on the Internet or on similar electronic means of communication; and

    b.  Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an "advertisement".

2.  "Aircraft" means any aircraft including engines, propellers, operating, and navigating instruments and radio equipment attached to or usually attached to or carried on the aircraft, including component parts detached, and tools therein which are standard for the make and type of aircraft.  The term "aircraft" excludes missiles, "spacecraft" and launch vehicles.

3.  "Auto" means:

    a.  A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

    b.  Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

    However, "auto" does not include "mobile equipment".

4.  "Aviation Managers" means AIG Aerospace Insurance Services, Inc., and any of its subsidiary or affiliated companies, branch offices, or authorized representatives.

5.  "Aviation operations" means all operations arising from the ownership, maintenance, or use of locations for aviation activities, including that portion of roads or other accesses that adjoin these locations.  "Aviation operations" include all operations necessary or incidental to aviation activities.

6.  "Bodily injury" means bodily injury, sickness, or disease sustained by a person, including death resulting from any of these at any time.

7.  "Coverage territory" means:

    a.  The United States of America (including its territories and possessions), Puerto Rico, and Canada;

    b.  International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

    c.  All other parts of the world if the injury or damage arises out of:

        (1)  Goods or products made or sold by you in the territory described in a. above;

        (2)  The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

        (3)  "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

    provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

8.  "Employee" includes a "leased worker".  "Employee" does not include a temporary worker.

9.  "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws, or any other similar governing document.

CGL02 (2/05)                                                                                 Page 19 of 28

Includes copyrighted material of Insurance Services Office, Inc. with its permission

10. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate, or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment, or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

11. "In flight" means the time commencing with the actual take-off run of the "aircraft" until it has completed its landing roll, or if the "aircraft" is a rotorcraft, from the time the rotors start to rotate under power until they cease to rotate.

12. "Insured contract" means:

   a. A contract for a lease of premises.  However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your "aviation operations" (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization.  Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass, or crossing.

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

       (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; or

       (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

   (3) Under which the insured, if an architect, engineer, or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural, or engineering activities.

   (4) That indemnifies any person or organization for "bodily injury" and "property damage" arising out of the manufacture of "aircraft" or "aircraft" parts by the indemnitee.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

(5) That indemnifies any person or organization for "bodily injury" and "property damage" arising out of the major alteration or repair of "aircraft" or "aircraft" parts by the indemnitee.

(6) Which is agreed to orally by you and another party, unless the contract or agreement is required by a governmental body for you to use an airport.

13. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business.  "Leased worker" does not include a temporary worker.

14. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an "aircraft", watercraft, or "auto";

   b. While it is in or on an "aircraft", watercraft, or "auto"; or

   c. While it is being moved from an "aircraft", watercraft, or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the "aircraft", watercraft, or "auto".

15. "Loss" means an accident resulting in direct damage to tangible property, including continuous or repeated exposure to substantially the same general harmful conditions.  "Loss" includes any resulting loss of use.

16. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent including special use vehicles designed for operation on airports; however, this shall not include passenger cars, pickup trucks, ambulances, tow trucks, buses, snow plows (except while within the confines of the aircraft operations area);

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers, or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in a., b., c., or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in a., b., c., or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

CGL02 (2/05)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

    (b)  Road maintenance, but not construction or resurfacing; or

    (c)  Street cleaning;

  (2)  Cherry pickers or similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  (3)  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

  However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.  Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

17.  "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

18.  "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  a.  False arrest, detention, or imprisonment;

  b.  Malicious prosecution;

  c.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling, or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  d.  Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products, or services;

  e.  Oral or written publication, in any manner, of material that violates a person's right of privacy;

  f.  The use of another's advertising idea in your "advertisement";

  g.  Infringing upon another's copyright, trade dress or slogan in your "advertisement"; or

  h.  Misdirection of a person to an "aircraft" or other conveyance.

19.  "Products-completed operations hazard":

  a.  Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    (1)  Products that are still in your physical possession; or

    (2)  Work that has not yet been completed or abandoned.  However, "your work" will be deemed completed at the earliest of the following times:

      (a)  When all of the work called for in your contract has been completed;

      (b)  When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site; or

      (c)  When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

b. Does not include "bodily injury" or "property damage" arising out of:

   (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

   (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

20. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts, or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD- ROMS, tapes, drives, cells, data processing devices, or any other media which are used with electronically controlled equipment.

21. "Spacecraft" means a spacecraft, satellite, spaceship, space station (or launch vehicle for such spacecraft) designed to travel to, in, or from and operate primarily in space (including parts thereof detached "in flight"). The term "spacecraft" excludes "aircraft" and missiles.

22. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

23. "Volunteer worker" means a person who is not your "employee", who donates his or her work and acts at the direction of and within the scope of duties determined by you and is not paid a fee, salary, or other compensation by you or anyone else for their work performed for you.

24. "Your product":

a. Means:

   (1) Any goods or products, other than real property, manufactured, sold, handled, distributed, or disposed of by:

     (a) You;

     (b) Others trading under your name; or

     (c) A person or organization whose business or assets you have acquired; and

   (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

    b. Includes:

        (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        (2) The providing of or failure to provide warnings or instructions.

    c. Does not include vending machines or other property rented to or located for the use of others but not sold.

25. "Your work":

    a. Means:

        (1) Work or operations performed by you or on your behalf; and

        (2) Materials, parts or equipment furnished in connection with such work or operations.

    b. Includes:

        (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

        (2) The providing of or failure to provide warnings or instructions.

## SECTION VI - COMMON POLICY EXCLUSIONS

### ASBESTOS EXCLUSION

This policy does not cover any claims of any kind whatsoever directly or indirectly relating to, arising out of or in consequence of:

1. The actual, alleged or threatened exposure to or presence of asbestos in any form whatsoever, including, but not limited to, asbestos fibers or asbestos dust, or any material or product containing, or alleged to contain, asbestos; or

2. Any obligations, request, demand, order, or statutory or regulatory requirement that any Insured or others test for, monitor, clean up, remove, contain, treat, neutralize, protect against or in any other way respond to the actual, alleged or threatened exposure to or presence of asbestos in any form whatsoever, including, but not limited to, asbestos fibers or asbestos dust, or any material or product containing, or alleged to contain, asbestos.

However, the exclusion shall not apply to any claim for asbestos exposure caused by or resulting from a crash, fire, explosion, or collision or a recorded "in flight" emergency causing abnormal "aircraft" operations.

Notwithstanding any other provisions of this policy, Insurers will have no duty to investigate, defend or pay defense costs in respect of any claim excluded in whole or in part under paragraphs 1. or 2. hereof.

### NOISE AND POLLUTION AND OTHER PERILS EXCLUSION CLAUSE

1. This policy does not cover claims directly or indirectly occasioned by, happening through, or in consequence of:

    a. Noise (whether audible to the human ear or not), vibration, sonic boom and any phenomena associated therewith,

    b. Pollution and contamination of any kind whatsoever,

    c. Electrical and electromagnetic interference,

CGL02 (2/05)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

    d.  Interference with the use of property,

unless caused by or resulting in a crash, fire, explosion or collision or a recorded "in flight" emergency causing abnormal "aircraft" operation.

2. With respect to any provision in the policy concerning any duty of the Company to investigate or defend claims, such provision shall not apply and the Company shall not be required to defend:

    a.  Claims excluded by paragraph 1., or

    b.  A claim or claims covered by the policy when combined with any claims excluded by paragraph 1. (referred to below as "Combined Claims").

3. In respect of any Combined Claims, the Company shall (subject to proof of loss and the limits of the policy) reimburse the insured for that portion of the following items which may be allocated to the claims covered by the policy:

    a.  Damages awarded against the insured, and

    b.  Defense fees and expenses incurred by the insured.

4. Nothing herein shall override any radioactive contamination or other exclusion clause attached to or forming part of this policy.

## NUCLEAR RISKS EXCLUSION CLAUSE

1. This policy does not cover:

    i.  Loss or destruction of or damage to any property whatsoever or any loss or expense whatsoever resulting or arising therefrom or any consequential loss.

    ii.  Any legal liability of whatsoever nature directly or indirectly caused by or contributed to by or arising from:

        a.  The radioactive, toxic, explosive or other hazardous properties of any explosive nuclear assembly or nuclear component thereof;

        b.  The radioactive properties of, or a combination of radioactive properties with toxic, explosive or other hazardous properties of, any other radioactive material in the course of carriage as cargo, including storage or handling incidental thereto;

        c.  Ionizing radiations or contamination by radioactivity from, or the toxic, explosive or other hazardous properties of, any other radioactive source whatsoever.

2. It is understood and agreed that such radioactive material or other radioactive source in paragraph 1. b. and c. above shall not include:

    i.  Depleted uranium and natural uranium in any form;

    ii.  Radioisotopes which have reached the final stage of fabrication so as to be usable for any scientific, medical, agricultural, commercial, educational, or industrial purpose.

3. This policy, however, does not cover loss or destruction of or damage to any property or any consequential loss or any legal liability of whatsoever nature with respect to which:

    i.  The insured under this policy is also an insured or an additional insured under any other insurance policy, including any nuclear energy liability policy; or

    ii.  Any person or organization is required to maintain financial protection pursuant to legislation in any country; or

    iii.  The insured under this policy is, or had this policy not been issued would be, entitled to indemnification from any government or agency thereof.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

4.  Loss, destruction, damage, expense or legal liability in respect of the nuclear risks not excluded by reason of paragraph 2. shall (subject to all other terms, conditions, limitations, warranties and exclusions of this policy) be covered, provided that:

    i.   In the case of any claim in respect of radioactive material in the course of carriage as cargo, including storage or handling incidental thereof, such carriage shall in all respects have complied with the full International Civil Aviation Organization "Technical Instructions for the Safe Transport of Dangerous Goods by Air", unless the carriage shall have been subject to any more restrictive legislation, when it shall in all respects have complied with such legislation;

    ii.  This policy shall only apply to an incident happening during the period of this policy and where any claim by the Insured against the Company or by any claimant against the insured arising out of such incident shall have been made within three (3) years after the date thereof;

    iii. In the case of any claim for the loss of or destruction of or damage to or loss of use of an aircraft caused by or contributed to by radioactive contamination, the level of such contamination shall have exceeded the maximum permissible level set out in the following scale:

| Emitter<br><br>(IAEA Health and Safety Regulations) | Maximum permissible level<br>of non-fixed radioactive<br>surface contamination<br>(Averaged over 300 $cm^2$) |
|---|---|
| Beta, gamma and low toxicity alpha emitters | Not exceeding 4 becquerels / $cm^2$<br>($10^{-4}$ microcuries / $cm^2$) |
| All other alpha emitters | Not exceeding 0.4 becquerels / $cm^2$<br>($10^{-5}$ microcuries / $cm^2$) |

    iv.  The cover afforded hereby may be cancelled at any time by the Company giving seven (7) days' notice of cancellation.

## WAR, HIJACKING AND OTHER PERILS EXCLUSION CLAUSE

This policy does not cover claims caused by:

a.  War, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, martial law, military or usurped power or attempts at usurpation of power;

b.  Any hostile detonation of any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter;

c.  Strikes, riots, civil commotions or labor disturbances;

d.  Any act of one or more persons, whether or not agents of a sovereign power, for political or terrorist purposes and whether the loss or damage resulting therefrom is accidental or intentional;

e.  Any malicious act or act of sabotage;

f.  Confiscation, nationalization, seizure, restraint, detention, appropriation, requisition for title or use by or under the order of any Government (whether civil, military or de facto) or public or local authority;

g.  Hi-jacking or any unlawful seizure or wrongful exercise of control of the "aircraft" or crew "in flight" (including any attempt at such seizure or control) made by any person or persons on board the "aircraft" acting without the consent of the Insured.

Furthermore, this policy does not cover claims arising whilst the "aircraft" is outside the control of the insured by reason of any of the above perils.

The "aircraft" shall be deemed to have been restored to the control of the insured on the safe return of the "aircraft" to the insured at an airfield not excluded by the geographical limits of this policy, and entirely suitable for the operation of the "aircraft" (such safe return shall require that the "aircraft" be parked with engines shut down and under no duress).

## SPECIAL AIRPORT PROVISIONS EXCLUSION CLAUSE

This insurance does not apply:

1. To the conduct of any contest, exhibition, air meet, air race, air show, permitted, sponsored or participated in by any insured, or to any claims or "suits" resulting therefrom; or

2. To the ownership, maintenance, use or operation, by any insured, or to any claims or "suits" resulting from:

   a. Grandstands, bleachers, or observation platforms other than observation decks or promenades which are part of permanent structures on the premises;

   b. Swimming pools;

   c. Lodging accommodations for the general public; or

   d. Schools other than pilot training schools.

3. With respect to restaurants operated by you or by others trading under your name, to "bodily injury" or "property damage" arising out of:

   a. "Your products"; or

   b. Reliance upon a representation or warranty made with respect thereto if the "bodily injury" or "property damage" occurs after physical possession of such products has been relinquished to others.

4. a. Under Coverages A, B, and C, to the Named Insured, any insured, or any other person or organization, with respect to any "property damage", "bodily injury", or "personal and advertising injury" resulting or arising from any "occurrence" associated with or related to the act of parachuting, skydiving, training for skydiving, or the rental, use or furnishing of any skydiving equipment.

   b. Under Coverages A, B, and C, to any claim for "property damage", "bodily injury" or "personal and advertising injury" sustained by any person or organization resulting or arising from any "occurrence" associated with or related to the act of parachuting, skydiving, training for skydiving, or the rental, use or furnishing of any skydiving equipment.

   The above exclusions 4. a. and b. apply also to any duty the Company might otherwise have to defend any insured; i.e., there shall be no duty to defend any claim or "suit" arising from any "occurrence" associated with or related to the act of parachuting, skydiving, training for skydiving or the rental, use or furnishing of any skydiving equipment.  There will be no Supplementary Payments arising from any "occurrence" associated with or related to the act of parachuting, skydiving, training for skydiving, or the rental, use or furnishing of any skydiving equipment.

Includes copyrighted material of Insurance Services Office, Inc. with its permission

By signing below, the President and Secretary of the Insurer agree on behalf of the Insurer to all the terms of this policy.

Secretary                                    President

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.**

This policy shall not be valid unless signed at the time of issuance by an authorized representative of the Insurer on the Declarations page of the policy.

CGL02 (2/05)                                                              Page 28 of 28

Includes copyrighted material of Insurance Services Office, Inc. with its permission

## NAMED INSURED ENDORSEMENT

This policy is amended as follows:

The **Named Insured** and/or Address set forth on the Declarations is __completed__ as follows:

CENTRAL WEST VIRGINIA REGIONAL AIRPORT
CENTRAL WEST VIRGINIA REGIONAL AIRPORT AUTHORITY
CENTRAL WEST VIRGINIA REGIONAL AIRPORT AUTHORITY CONVENTION AND VISITORS BUREAU

All other provisions of this policy remain the same.

This endorsement becomes effective __November 3, 2015__ to be attached to and hereby made a part of Policy No. __AE 003380861-22__ issued to __CENTRAL WEST VIRGINIA REGIONAL AIRPORT AUTHORITY AND AS ENDORSED__ By __NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA__

Endorsement No. _____1_____

Date of Issue __November 17, 2015_____ __FG__          By _____
                                                                (Authorized Representative)

CGL353 (1/05)          Page _1__

# DEDUCTIBLE LIABILITY INSURANCE ENDORSEMENT

## SCHEDULE

| COVERAGE | AMOUNT AND BASIS OF DEDUCTIBLE | |
|---|---|---|
| Coverage A:  Bodily Injury Liability | $ XXXXXXXXXXXXXXXX | Per Claim |
| | $ 10,000. | Per Occurrence |
| Property Damage Liability | $ | Per Claim |
| | $ 10,000. | Per Occurrence |
| Coverage B:  Personal and Advertising Injury Liability | $ XXXXXXXXXXXXXXXX | Per Claim |
| | $ | Per Offense |
| Coverage C:  Medical Payments | $ | Per Claim |
| | $ | Per Occurrence |
| Coverage D:  Hangarkeeper's Liability | $ 10,000. | Per Aircraft |
| | $ | Per Occurrence |
| All Coverages Combined: | $ XXXXXXXXXXXXXXX | Per Claim |
| | $ | Per Occurrence/Offense |
| Total All Claims or Occurrences | $ | Annual Aggregate |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT**  (Enter below any limitations on the application of this endorsement.  If no limitation is entered, the deductibles apply to damages for all bodily injury, property damage, personal injury, and advertising injury, however caused):

1.  Our obligation under Coverage A or B to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages, and the limits of insurance applicable to each occurrence for such coverages will be reduced by the application of such deductible amount.

2.  The deductible amounts stated in the Schedule apply as follows:

   (A) PER CLAIM BASIS - If the deductible is on a per claim basis, the deductible amount applies:

   (i)  Under Coverage A or B:

      (a) to all damages because of bodily injury sustained by any one person, or

      (b) to all damages because of property damage sustained by any one person or organization, or

      (c) to all damages because of personal injury or advertising injury sustained by any one person or organization

      as the result of any one occurrence.

CGL425 (3/05)     Page 1 of Endorsement No.  2

Includes copyrighted material of Insurance Services Office, Inc. with its permission

(ii) Under Coverages A and B Combined:  To all damages because of bodily injury, property damage, personal injury and advertising injury sustained by any one person or organization as the result of any one occurrence.

(B) PER OCCURRENCE BASIS - If the deductible is on a per occurrence basis, the deductible amount applies:

   (i) Under Coverage A or B:

      (a) to all damages because of bodily injury as the result of any one occurrence, or

      (b) to all damages because of property damage as the result of any one occurrence, or

      (c) to all damages because of personal injury or advertising injury sustained by any one person or organization as a result of any one occurrence

     regardless of the number of persons or organizations who sustain damages because of that occurrence.

   (ii) Under Coverages A and B Combined:  To all damages because of bodily injury, property damage, personal injury and advertising injury as the result of any one occurrence regardless of the number of persons or organizations who sustain damages because of that occurrence.

3. Regardless of the number of occurrences, claims, suits or losses that occur in any one annual policy period, you will not be required to pay any deductible in excess of the amount shown in the Schedule above as annual aggregate for occurrences, claims or losses occurring during the annual policy period.

4. For the purpose of this endorsement only, the term occurrence shall include an offense giving rise to personal injury or advertising injury.

5. The terms of this insurance, including those with respect to:

(A) Our right and duty to defend any suits seeking those damages, and

(B) Your duties in the event of an occurrence, claim, or suit

apply irrespective of the application of the deductible amount.

6. We may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

All other provisions of this policy remain the same.

This endorsement becomes effective <u>November 3, 2015</u> to be attached to and hereby made a part of Policy No. <u>AE 003380861-22</u> issued to <u>CENTRAL WEST VIRGINIA REGIONAL AIRPORT AUTHORITY AND AS ENDORSED</u>
By <u>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA</u>

Endorsement No. <u>2</u>

Date of Issue <u>November 17, 2015</u>   <u>FG</u>    By <u>_____</u>
                                (Authorized Representative)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

## ASBESTOS EXCLUSION ENDORSEMENT

This policy does not cover any claims of any kind whatsoever directly or indirectly relating to, arising out of or in consequence of:

1.  The actual, alleged or threatened exposure to or presence of asbestos in any form whatsoever, including, but not limited to, asbestos fibers or asbestos dust, or any material or product containing, or alleged to contain, asbestos; or

2.  Any obligations, request, demand, order, or statutory or regulatory requirement that any Insured or others test for, monitor, clean up, remove, contain, treat, neutralize, protect against or in any other way respond to the actual, alleged or threatened exposure to or presence of asbestos in any form whatsoever, including, but not limited to, asbestos fibers or asbestos dust, or any material or product containing, or alleged to contain, asbestos.

However, the exclusion shall not apply to any claim for asbestos exposure caused by or resulting from a crash, fire, explosion, or collision or a recorded in flight emergency causing abnormal aircraft operations.

Notwithstanding any other provisions of this Policy, Insurers will have no duty to investigate, defend or pay defense costs in respect of any claim excluded in whole or in part under paragraphs 1. or 2. hereof.

All other provisions of this policy remain the same.

This endorsement becomes effective  November 3, 2015            to be attached to and hereby made a part of Policy No.  AE 003380861-22      issued to  CENTRAL WEST VIRGINIA REGIONAL AIRPORT
AUTHORITY AND AS ENDORSED
By  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Endorsement No.  3

Date of Issue  November 17, 2015          FG          By _____

(Authorized Representative)

UE882 (1/05)

## NUCLEAR RISKS EXCLUSION CLAUSE AVN38B

This policy is amended as follows:

In the event any of the provisions of this endorsement are in conflict with any provisions, exclusions, conditions or terms forming part of this policy, this endorsement shall take precedence.

1.  This policy does not cover:

    (i)   loss or destruction of or damage to any property whatsoever or any loss or expense whatsoever resulting or arising therefrom or any consequential loss

    (ii)  any legal liability of whatsoever nature

    directly or indirectly caused by or contributed to by or arising from:

    (a)  the radioactive, toxic, explosive or other hazardous properties of any explosive nuclear assembly or nuclear component thereof;

    (b)  the radioactive properties of, or a combination of radioactive properties with toxic, explosive or other hazardous properties of, any other radioactive material in the course of carriage as cargo, including storage or handling incidental thereto;

    (c)  ionizing radiations or contamination by radioactivity from, or the toxic, explosive or other hazardous properties of, any other radioactive source whatsoever.

2.  It is understood and agreed that such radioactive material or other radioactive source in paragraph 1. (b) and (c) above shall not include:

    (i)   depleted uranium and natural uranium in any form;

    (ii)  radioisotopes which have reached the final stage of fabrication so as to be usable for any scientific, medical, agriculture, commercial, educational or industrial purpose.

3.  This policy, however, does not cover loss of or destruction of or damage to any property or any consequential loss or any legal liability of whatsoever nature with respect to which:

    (i)   the Insured under this policy is also an insured or an additional insured under any other insurance policy, including any nuclear energy liability policy; or

    (ii)  any person or organization is required to maintain financial protection pursuant to legislation in any country; or

    (iii) the Insured under this policy is, or had this policy not been issued would be, entitled to indemnification from any government or agency thereof.

UE38B (1/05)          Page 1 of Endorsement No.   4

4.  Loss, destruction, damage, expense or legal liability in respect of the nuclear risks not excluded by reason of paragraph 2. shall (subject to all other terms, conditions, limitations, warranties and exclusions of this policy) be covered, provided that:

    (i)   in the case of any claim in respect of radioactive material in the course of carriage as cargo, including storage or handling incidental thereof, such carriage shall in all respects have complied with the full International Civil Aviation Organization "Technical Instructions for the Safe Transport of Dangerous Goods by Air", unless the carriage shall have been subject to any more restrictive legislation, when it shall in all respects have complied with such legislation;

    (ii)  this policy shall only apply to an incident happening during the period of this policy and where any claim by the Insured against the Company or by any claimant against the Insured arising out of such incident shall have been made within three (3) years after the date thereof;

    (iii) in the case of any claim for the loss of or destruction of or damage to or loss of use of an aircraft caused by or contributed to by radioactive contamination, the level of such contamination shall have exceeded the maximum permissable level set out in the following scale:

| Emitter<br><br>(IAEA Health and Safety Regulations) | Maximum permissable level<br>of non-fixed radioactive<br>surface contamination<br>(Averaged over 300 $cm^2$) |
|---|---|
| Beta, gamma and low toxicity alpha emitters | Not exceeding 4 becquerels / $cm^2$<br>($10^{-4}$ microcuries / $cm^2$) |
| All other alpha emitters | Not exceeding 0.4 becquerels / $cm^2$<br>($10^{-5}$ microcuries / $cm^2$) |

    (iv) the cover afforded hereby may be cancelled at any time by the Company giving seven (7) days notice of cancellation.

All other provisions of this policy remain the same.

This endorsement becomes effective ___November 3, 2015___ to be attached to and hereby made a part of Policy No.___AE 003380861-22___ issued to ___CENTRAL WEST VIRGINIA REGIONAL AIRPORT___ AUTHORITY AND AS ENDORSED ___ By ___NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA___

Endorsement No. _4_____

Date of Issue ___November 17, 2015_____ FG____     By _____
                                                                        (Authorized Representative)

UE38B (1/05)                          Page 2

# DATE RECOGNITION EXCLUSION CLAUSE AVN2000A

This Policy does not cover any claim, damage, injury, loss, cost, expense or liability (whether in contract, tort, negligence, product liability, misrepresentation, fraud or otherwise) of any nature whatsoever arising from or occasioned by or in consequence of (whether directly or indirectly and whether wholly or partly):

(a) the failure or inability of any computer hardware, software, integrated circuit, chip or information technology equipment or system (whether in the possession of the Insured or of any third party) accurately or completely to process, recognize, exchange or transfer year, date or time data or information in connection with any change of year, date or time;

whether on or before or after such change of year, date or time;

(b) any implemented or attempted change or modification of any computer hardware, software, integrated circuit, chip or information technology equipment or system (whether in the possession of the Insured or of any third party) in anticipation of or in response to any such change of year, date or time, or any advice given or services performed in connection with any such change or modification;

(c) any non-use or unavailability for use of any property or equipment of any kind whatsoever resulting from any act, failure to act or decision of the Insured or of any third party related to any such change of year, date or time;

and any provision in this Policy concerning our duty to investigate or defend claims shall not apply to any claims so excluded.

All other provisions of this policy remain the same.

This endorsement becomes effective _November 3, 2015_____ to be attached to and hereby made a part of Policy No. _AE 003380861-22_____ issued to _CENTRAL WEST VIRGINIA REGIONAL AIRPORT_____
_AUTHORITY AND AS ENDORSED_____
By _NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA_____

Endorsement No. _5_____

Date of Issue _November 17, 2015_____     FG___     By _____
                                                                        (Authorized Representative)

UE2000A (1/05)

## NOISE AND POLLUTION AND OTHER PERILS EXCLUSION CLAUSE AVN46B

This policy is amended as follows:

In the event any of the provisions of this endorsement are in conflict with any provisions, exclusions, conditions or terms forming part of this policy, this endorsement shall take precedence.

1.   This policy does not cover claims directly or indirectly occasioned by, happening through or in consequence of:

   (a)   noise (whether audible to the human ear or not), vibration, sonic boom and any phenomena associated therewith,

   (b)   pollution and contamination of any kind whatsoever,

   (c)   electrical and electromagnetic interference,

   (d)   interference with the use of property;

   unless caused by or resulting in a crash, fire, explosion or collision or a recorded in-flight emergency causing abnormal aircraft operation.

2.   With respect to any provision in the policy concerning any duty of the Company to investigate or defend claims, such provision shall not apply and the Company shall not be required to defend:

   (a)   claims excluded by paragraph 1., or

   (b)   a claim or claims covered by the policy when combined with any claims excluded by paragraph 1. (referred to below as "Combined Claims").

3.   In respect of any Combined Claims, the Company shall (subject to proof of loss and the limits of the policy) reimburse the Insured for that portion of the following items which may be allocated to the claims covered by the policy:

   (a)   damages awarded against the Insured and

   (b)   defense fees and expenses incurred by the Insured.

4.   Nothing herein shall override any radioactive contamination or other exclusion clause attached to or forming part of this policy.

All other provisions of this policy remain the same.

This endorsement becomes effective _November 3, 2015_____ to be attached to and hereby made a part of Policy No. _AE 003380861-22_____ issued to _CENTRAL WEST VIRGINIA REGIONAL AIRPORT_____ AUTHORITY AND AS ENDORSED_____

By _NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA_____

Endorsement No. _6_____

Date of Issue _November 17, 2015_____   _FG___   By _____

(Authorized Representative)

UE46B (1/05)

# TERRORISM EXCLUSION - CERTIFIED ACTS

This insurance does not apply to loss, injury, damage, claim or suit, arising directly or indirectly as a result of an "act of terrorism", which is defined in the Terrorism Risk Insurance Act of 2002, as amended by the Terrorism Risk Insurance Program Reauthorization Act of 2015 (collectively, "TRIA") as follows:

(1)  ACT OF TERRORISM. -
    (A)  CERTIFICATION. - The term "act of terrorism" means any act that is certified by the Secretary [of the Treasury], in consultation with the Secretary of Homeland Security, and the Attorney General of the United States -
        (i)  to be an act of terrorism;
        (ii)  to be a violent act or an act that is dangerous to-
            (I)  human life;
            (II)  property; or
            (III)  infrastructure;
        (iii)  to have resulted in damage within the United States or outside of the United States in the case of-
            (I)  an air carrier or vessel [described in TRIA]; or
            (II)  the premises of a United States mission; and
        (iv)  to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.
    (B)  LIMITATION. - No act shall be certified by the Secretary as an act of terrorism if-
        (i)  the act is committed as part of the course of a war declared by the Congress, except that this clause shall not apply with respect to any coverage for workers' compensation; or
        (ii)  property and casualty insurance losses resulting from the act, in the aggregate, do not exceed $5,000,000.
    (C)  DETERMINATIONS FINAL. - Any certification of, or determination not to certify, an act as an act of terrorism under this paragraph shall be final, and shall not be subject to judicial review.

THE PROVISIONS OF THIS ENDORSEMENT SHALL APPLY SOLELY TO TRIA AND SHALL IN NO WAY AFFECT THE PROVISIONS OF THE WAR, HI-JACKING AND OTHER PERILS EXCLUSION CLAUSE (AVIATION), FORM NO. AVN48B, OR ANY AMENDMENTS THERETO.

All other provisions of this policy remain the same.

This endorsement becomes effective  November 3, 2015  to be attached to and hereby made a part of Policy No.  AE 003380861-22  issued to  CENTRAL WEST VIRGINIA REGIONAL AIRPORT AUTHORITY AND AS ENDORSED
By  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Endorsement No.  7

Date of Issue  November 17, 2015  FG

By  _____
(Authorized Representative)

UE1066 (01/15)

## EXCLUSION DELETION ENDORSEMENT

Liability Coverage
(Terrorism Risk Insurance Program Reauthorization Act of 2015)

In consideration of an additional premium of $3,611. (INCLUDED)_____, this policy is amended to provide such coverage as is set forth below:

(A)  EXCLUSION DELETION

Endorsement UE1066 - entitled Terrorism Exclusion - Certified Acts - is hereby deleted from this policy.  The deletion of UE1066 shall in no way affect the provisions of the War, Hi-Jacking and Other Perils Exclusion Clause (Aviation), Form No. AVN48B, or any amendments thereto.

(B)  LIMITATION OF LIABILITY

The limit of the Company's liability for the coverage contemplated by this Endorsement shall be included within and shall not be in addition to the limits of liability provided under this policy.

All other provisions of this policy remain the same.

This endorsement becomes effective _November 3, 2015_____ to be attached to and hereby made a part of Policy No. _AE 003380861-22____ issued to  _CENTRAL WEST VIRGINIA REGIONAL AIRPORT_____ AUTHORITY AND AS ENDORSED_____ By _NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA_____

Endorsement No. _____8_____

Date of Issue _November 17, 2015_____  FG___     By _____
                                                                              (Authorized Representative)

UE858 (01/15)

## WAR, HI-JACKING AND OTHER PERILS EXCLUSION CLAUSE (AVIATION) AVN48B

This policy is amended as follows:

In the event any of the provisions of this endorsement are in conflict with any provisions, exclusions, conditions or terms forming part of this policy, this endorsement shall take precedence.

This policy does not cover claims caused by:

(a)  War, invasion, acts of foreign enemies, hostilities (whether war be declared or not), civil war, rebellion, revolution, insurrection, martial law, military or usurped power or attempts at usurpation of power;

(b)  Any hostile detonation of any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter;

(c)  Strikes, riots, civil commotions or labor disturbances;

(d)  Any act of one or more persons, whether or not agents of a sovereign power, for political or terrorist purposes and whether the loss or damage resulting therefrom is accidental or intentional;

(e)  Any malicious act or act of sabotage;

(f)  Confiscation, nationalization, seizure, restraint, detention, appropriation, requisition for title or use by or under the order of any Government (whether civil, military or de facto) or public or local authority;

(g)  Hi-jacking or any unlawful seizure or wrongful exercise of control of the aircraft or crew in flight (including any attempt at such seizure or control) made by any person or persons on board the aircraft acting without the consent of the Insured.

Furthermore, this policy does not cover claims arising whilst the aircraft is outside the control of the Insured by reason of any of the above perils.

The aircraft shall be deemed to have been restored to the control of the Insured on the safe return of the aircraft to the Insured at an airfield not excluded by the geographical limits of this policy, and entirely suitable for the operation of the aircraft (such safe return shall require that the aircraft be parked with engines shut down and under no duress).

All other provisions of this policy remain the same.

This endorsement becomes effective _November 3, 2015_____ to be attached to and hereby made a part of Policy No. _AE 003380861-22_____ issued to _CENTRAL WEST VIRGINIA REGIONAL AIRPORT_____ AUTHORITY AND AS ENDORSED_____ By_NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA_____

Endorsement No. _9_____

Date of Issue _November 17, 2015_____ FG    By _____
                                                        (Authorized Representative)

UE48B (1/05)

## EXTENDED COVERAGE ENDORSEMENT (AVIATION LIABILITIES)

In consideration of an additional premium of $ 6,018. (INCLUDED), this policy is amended as follows:

The policy of which this endorsement forms part includes War, Hi-jacking and Other Perils Exclusion Clause AVN48B:

1. With effect from November 3, 2015 , all sub-paragraphs other than   (b)   of War, Hi-jacking and Other Perils Exclusion Clause AVN48B are deleted SUBJECT TO all terms and conditions of this endorsement.

2. EXCLUSION applicable only to any coverage extended in respect of the deletion of sub-paragraph (a) of War, Hi-jacking and Other Perils Exclusion Clause AVN48B:

   Coverage shall not include liability for damage to any form of property on the ground situated outside Canada and the United States of America unless caused by or arising out of the use of aircraft.

3. LIMITATION OF LIABILITY

   The limit of the Company's liability in respect of the coverage provided by this endorsement shall be a sub-limit of US$ 25,000,000.      or the applicable policy limit, whichever the lesser, any one occurrence and in the annual aggregate.  This sub-limit shall apply within the full policy limit and not in addition thereto.

   Notwithstanding any other liability for which coverage is afforded under this policy, coverage provided under this endorsement shall apply solely to the following:

   Liability Coverages as set forth in the Declarations Page (CGL04) unless subsequently deleted by endorsement to the policy.

4. AUTOMATIC TERMINATION

   To the extent provided below, coverage extended by this endorsement shall TERMINATE AUTOMATICALLY in the following circumstances:

   (i) All Coverage

      - upon the outbreak of war (whether there be a declaration of war or not) between any two (2) or more of the following countries:  France, the People's Republic of China, the Russian Federation, the United Kingdom, the United States of America;

   (ii) Any coverage extended in respect of the deletion of sub-paragraph (a) of War, Hi-jacking and Other Perils Exclusion Clause AVN48B

      - upon the hostile detonation of any weapon of war employing atomic or nuclear fission and/or fusion or other like reaction or radioactive force or matter wheresoever or whensoever such detonation may occur and whether or not the insured aircraft may be involved;

   (iii) All coverage in respect of any of the insured aircraft requisitioned for either title or use

      - upon such requisition.

   PROVIDED THAT if an insured aircraft is in the air when (i), (ii) or (iii) occurs, then the coverage provided by this endorsement (unless otherwise cancelled, terminated or suspended) shall continue in respect of such an aircraft until completion of its first landing thereafter and any passengers have disembarked.

5.   REVIEW AND CANCELLATION

   (a)   Review of Premium and/or Geographical Limits (7 Days)

   The Company or its Aviation Managers may give notice to review premium and/or geographical limits - such notice to become effective on the expiry of seven (7) days from 23.59 hours G.M.T. on the day on which notice is given.

   (b)   Limited Cancellation (48 hours)

   Following a hostile detonation as specified in Paragraph 4. (ii) above, the Company or its Aviation Managers may give notice of cancellation of one or more parts of the coverage provided by Paragraph 1. of this endorsement by reference to sub-paragraphs (c), (d), (e), (f) and/or (g) of War, Hi-jacking and Other Perils Exclusion Clause AVN48B - such notice to become effective on the expiry of forty-eight (48) hours from 23.59 hours G.M.T. on the day on which notice is given.

   (c)   Cancellation (7 Days)

   The coverage provided by this endorsement may be cancelled by either the Company, its Aviation Managers or the Insured by giving notice to become effective on the expiry of seven (7) days from 23.59 hours G.M.T. on the day on which such notice is given.

   (d)   Notices

   All notices referred to herein shall be in writing.

All other provisions of this policy remain the same.

This endorsement becomes effective _November 3, 2015_____ to be attached to and hereby made a part of Policy No. _AE 003380861-22_____ issued to _CENTRAL WEST VIRGINIA REGIONAL AIRPORT_____ AUTHORITY AND AS ENDORSED_____ By _NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA_____

Endorsement No. _____10_____

Date of Issue _November 17, 2015_____ FG___          By _____
                                                               (Authorized Representative)

CGL52G (3/10)                Page 2

## AIRPORT EXPANSION ENDORSEMENT

This policy is amended as follows:

1.  BROAD FORM INSURED

    Paragraph 1. under **WHO IS AN INSURED** is amended to include:

    If you are a governmental subdivision, any elective or appointive officer or a member of any board or commission or agency of yours while acting within the scope of their duties as respects your "aviation operations".

2.  ON-AIRPORT PREMISES "AUTO" COVERAGE

    (A) Exclusion **2. g.** (3) under **COVERAGE A** is deleted in its entirety.

    Coverage provided by this policy will:

    (a) apply on a primary basis as respects "autos" while being operated within the airport operations area (within the secured fenced area of the airport), or while responding to an aviation emergency;

    (b) apply excess of the limits provided by the following scheduled insurance as respects "autos" while being operated on airport premises but outside the airport operations area.

    Schedule of underlying insurance, including any renewal thereof:

| Insurance Company | Policy Number | Effective Dates | Limits |
|---|---|---|---|
| GRANITE STATE INS. CO | 02CA084606973 | 11/03/15-11/03/16 | 1,000,000. |

    Coverage provided by this endorsement does not apply to any obligation of the insured under a No Fault, Uninsured Motorist or Underinsured Motorist law.

    (B) Paragraph b. of the definition of "Mobile Equipment" in the policy provisions is amended as follows:

    b.  Vehicles maintained for use solely on or next to premises you own, lease or rent including special use vehicles designed for operation on airports. However, the following shall not be considered "mobile equipment":

        (1) Passenger cars, pickup trucks
        (2) Ambulances
        (3) Snow plows while being used outside the airport operations area
        (4) Tow trucks
        (5) Buses, vans

3.  ON-AIRPORT PREMISES WATERCRAFT COVERAGE

    Exclusions **2. g.** (1) and (2) under **COVERAGE A** are deleted in their entirety and replaced with the following:

    (1) A watercraft while on airport premises, or while off premises when responding to an aviation emergency

    (2) A watercraft that you do not own that is not being used to carry persons or property for a charge

4. CONTROL TOWER - CONTINGENT

Exclusion **2. f.** under **COVERAGE A** is deleted in its entirety and replaced with the following:

f.  "Bodily injury" or "property damage" arising out of Air Traffic Control operations by any insured.  This exclusion shall not apply to your liability arising out of Air Traffic Control operations conducted by the military, Federal Aviation Administration (or other civil aviation authority) or their contractor.

5. BAGGAGE LIABILITY

Exclusion **2. j.** under **COVERAGE A** is amended to include the following:

Paragraph (4) of this Exclusion **j.** does not apply to "property damage" to goods, merchandise, or baggage not owned by or rented to you while in storage, safekeeping or transit, provided you are not handling the property as bailee for hire.

6. DAMAGE TO "AUTOS"

Exclusion **2. j.** under **COVERAGE A** is amended to include the following:

Paragraph (4) of this Exclusion **j.** does not apply to "property damage" to an "auto" while on airport premises.  However, coverage hereunder will not apply to loss or damage to "autos" owned by, leased to, rented to or loaned to your officer or employee, unless the "auto" is in your custody due to towing or for valet parking for which a charge has been made.

7. STATIC DISPLAY OF AIRCRAFT

Paragraph 1. of **SPECIAL AIRPORT PROVISIONS EXCLUSION CLAUSE** under **COMMON POLICY EXCLUSIONS** is deleted in its entirety and replaced with the following:

To the conduct of any contest, flight exhibition, air meet, air race, air show (excluding static display); permitted, sponsored or participated in by any insured; or

8. INCIDENTAL MEDICAL MALPRACTICE LIABILITY

The definition of "bodily injury" is amended to include Incidental Medical Malpractice Injury subject to the limit specified below.

Incidental Medical Malpractice Injury means injury arising out of the rendering of or failure to render emergency medical services while on airport premises or while responding to an aircraft accident.

Coverage provided hereunder will not apply to:

(a)  Any insured (other than dedicated airport Crash, Fire, Rescue personnel) engaged in the business or occupation of providing medical services; or

(b)  Injury caused by an indemnitee if such indemnitee is engaged in the business or occupation of providing medical services.

Coverage provided by this paragraph is limited to $25,000,000. per "occurrence" and aggregate and is included within and not in addition to the limit provided under **COVERAGE A.**

9. DISCRIMINATION

The definition of "Personal and Advertising Injury" is amended to include:

i. Discrimination or humiliation suffered by an individual, based on, but not limited to, race, color, religion, national origin, age, sex, marital status, sexual orientation, harassment, handicap, pregnancy, chronic medical condition, or obesity.

The most we will pay for coverage provided by this endorsement is:

$_____1,000,000.__ per individual, and

$_____1,000,000.__ annual aggregate.

Coverage hereunder is included within, and not in addition to the limit provided for under COVERAGE B of this policy.  In addition, such coverage shall include within the limit shown above all costs specified in paragraphs 1. a. - g. of SUPPLEMENTARY PAYMENTS.

10. CO-EMPLOYEES

Paragraph 2. a. (1) of WHO IS AN INSURED does not apply.

However, coverage provided by this paragraph shall not apply to any "bodily injury" or "personal and advertising injury" arising out of:

(i) Discrimination;
(ii) Refusal to employ;
(iii) Termination of employment;
(iv) Coercion, demotion, evaluation, reassignment, discipline, harassment, humiliation, or other employment-related practices, policies, acts or omissions; or
(v) Consequential "bodily injury" or "personal and advertising injury" as a result of (i) through (iv) above.

11. KNOWLEDGE OF "OCCURRENCE"

**Duties in the Event of Occurrence, Offense, Claim or Suit** under **COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended to include:

Knowledge of an "occurrence" by an agent, servant or employee of an insured will not in itself constitute knowledge by you, unless such notice has been received by your insurance administrator.

12. YOUR INADVERTENT FAILURE TO REPORT OR FAILURE TO NOTIFY

**Duties in the Event of Occurrence, Offense, Claim or Suit** under **COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended to include:

Notwithstanding any other provision(s) of this policy, inadvertent errors or omissions and/or failure in furnishing information, notification or reports required will not prejudice the coverage afforded by this policy provided you notify us within a reasonable time after the error has been discovered; or

The insured's rights under this policy will not be affected if they fail to give notice of an accident or "occurrence" solely because they reasonably believed that the accident or "occurrence" was not covered under this policy.

All other provisions of this policy remain the same.

This endorsement becomes effective _November 3, 2015_____ to be attached to and hereby made a part of Policy No. _AE 003380861-22_____ issued to __CENTRAL WEST VIRGINIA REGIONAL AIRPORT_____ AUTHORITY AND AS ENDORSED_____

By _NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA_____

Endorsement No. _____11_____

Date of Issue _November 17, 2015_____     FG_

By _____
                    (Authorized Representative)

CGL810 (3/05)                    Page 4

## EMPLOYEE BENEFITS LIABILITY ENDORSEMENT

This policy is extended to include the following:

**COVERAGE E - EMPLOYEE BENEFITS LIABILITY**

1.  Insuring Agreement

    (a)  We will pay those sums that the insured becomes legally obligated to pay as damages because of any "wrongful act" committed by you in the "administration" of your "employee benefit program" arising from your "aviation operations". We will have the right and duty to defend you against any "suit" seeking those damages.  However, we will have no duty to defend you against any "suit" seeking damages to which this insurance does not apply. We may, at our discretion, investigate any report of a negligent "wrongful act" and settle any "claim" or "suit" that may result. But:

    (1)  The amount we will pay for damages is limited as described in paragraph 5 - Limits of Insurance - shown below; and

    (2)  Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage E.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A, B and D which also applies to this endorsement.

    (b)  This insurance applies to damages only if:

    (1)  The "wrongful act" is negligently committed in the "administration" of your "employee benefit program" arising from your "aviation operations"; and

    (2)  The negligent "wrongful act" takes place in the "coverage territory"; and

    (3)  The negligent "wrongful act" was committed during the policy period or during the period this endorsement is effective; and

    All "claims" for damages made by an "employee" because of any "wrongful act", or a series of related "wrongful acts", including damages claimed by such "employee's" dependents and beneficiaries, will be deemed to have been committed at the time of the first "wrongful act"; and

    (4)  At the time you applied for this insurance you had no knowledge of any "claim" or "suit" or of any negligent "wrongful act" which might reasonably be expected to result in a "claim" or "suit", except as you had reported to us or the "Aviation Managers" in writing at the time you applied.

2.   Exclusions.

   (a)   Except as otherwise provided in this endorsement, for the purpose of the coverage provided by this endorsement, all exclusions appearing in this policy are deleted and replaced with the following:

   This insurance does not apply to:

   (1)   Damages arising out of any intentional, dishonest, fraudulent, criminal or malicious "wrongful act", or any "wrongful acts" of libel, slander, discrimination, humiliation committed by any insured, including the willful or reckless violation of any statute.

   (2)   "Bodily injury", "property damage", "personal injury" or "advertising injury".

   (3)   Damages arising out of failure of performance of contract by any insurer.

   (4)   Damages arising out of an insufficiency of funds to meet any obligations under any plan included in the "employee benefit program".

   (5)   Any "claim" based upon:

      (i)    Failure of any investment to perform;

      (ii)   Errors in providing information on past performance of investment vehicles; or

      (iii)  Advice given to any "employee" with respect to that "employee's" decision to participate or not to participate in any plan included in the "employee benefit program".

   (6)   Any "claim" arising out of your failure to comply with the mandatory provisions of any workers' compensation, unemployment compensation insurance, social security or disability benefits law or any similar law.

   (7)   Damages for which any insured is liable because of liability imposed on a fiduciary by the Employee Retirement Income Security Act of 1974, as now or hereafter amended by any similar federal, state or local laws.

   (8)   Any "claim" for benefits to the extent that such benefits are available, with reasonable effort and cooperation of the insured, from the applicable funds accrued or other collectible insurance.

   (9)   Taxes, fines or penalties, including those imposed under the Internal Revenue Code or any similar state or local law.

   (10)  Damages arising out of wrongful termination of employment, discrimination, or other employment-related practices.

   (b)   In addition to the exclusions shown above, coverage provided by this endorsement is subject to the following Common Policy Exclusions set forth under Section VI of this policy; or as otherwise endorsed to this policy.

       (1)   Noise and Pollution and Other Perils Exclusion Clause

       (2)   Asbestos Exclusion

       (3)   Nuclear Risks Exclusion Clause

       (4)   War, Hijacking and other Perils Exclusion Clause

       (5)   Special Airport Provisions Exclusion Clause

3.   For the purposes of the coverages provided by this endorsement:

   (a)   All references to Supplementary Payments - Coverages A, B and D are replaced by Supplementary Payments - Coverages A, B, D and E.

   (b)   Paragraph 2 of the Supplementary Payments provision does not apply.

4.   For the purpose of the coverage provided by this endorsement, Section II - Who Is An Insured is deleted and replaced with the following:

If you are designated in the Declarations as:

   (a)   An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   (b)   A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   (c)   An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   (d)   A governmental subdivision, any elected or appointed officer or member of any board or commission or agency of yours are also insureds, but only with respect to your "aviation operations".

   (e)   Your "employees" are insureds, provided the "employee" is or was authorized to act in the "administration" of your "employee benefit program".

   (f)   Any persons or organizations or "employees" having proper temporary authorization to administer your "employee benefit program" if you die, but only until your legal representative is appointed.

   (g)   Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this endorsement.

5.  For the purpose of the coverage provided by this endorsement, Section III - Limits of Insurance is deleted and replaced with the following:

    (a)  The Limit of Insurance shown in the Schedule of this endorsement and the rules below fix the most we will pay regardless of the number of:

        (1)  Insureds;

        (2)  "Claims" made or "suits" brought;

        (3)  Persons or organizations making "claims" or bringing "suits";

        (4)  "Wrongful acts"; or

        (5)  Benefits included in your "employee benefit program".

    (b)  The Aggregate Limit is the most we will pay for all damages because of a "wrongful act" negligently committed in the "administration" of your "employee benefit program".

    (c)  Subject to the Aggregate Limit, the Each Employee Limit is the most we will pay for all damages sustained by any one "employee", including damages sustained by such "employee's" dependents and beneficiaries, as a result of:

        (1)  A "wrongful act", or

        (2)  A series of related "wrongful acts"

    negligently committed in the "administration" of your "employee benefit program".

    However, the amount paid under this endorsement shall not exceed, and will be subject to, the limit and restrictions that apply to the payment of benefits in any plan included in the "employee benefit program".

    (d)  The limits applicable to this endorsement are within the overall policy limits shown under the Policy Declarations and not in addition to.

    The Limits of this endorsement apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations of the policy to which this endorsement is attached, unless the policy period is extended after issuance for an additional period of less than 12 months.  In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

6.  Deductible.

    (a)  Our obligation to pay damages on behalf of the insured applies only to the amount of damages in excess of the deductible amount stated in the Schedule as applicable to each "employee".  The limits of insurance shall not be reduced by the amount of this deductible.

    (b)  The deductible amount stated in the Schedule applies to all damages sustained by any one "employee", including such "employee's" dependents and beneficiaries, because of all "wrongful acts" to which this insurance applies.

(c) The terms of this insurance, including those with respect to:

   (1) Our right and duty to defend any "suits" seeking those damages; and

   (2) Your duties and the duties of any other involved insured, in the event of a "wrongful act", or "claim"

apply irrespective of the application of the deductible amount.

(d) We may pay any part or all of the deductible amount to effect settlement of any "claim" or "suit" and upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as we have paid.

7. For the purposes of the coverage provided by this endorsement, Conditions 4 and 8 of Section IV - Policy Conditions are deleted and replaced with the following:

   4. Duties in the Event of A "Wrongful Act", or "Claim" or "Suit".

      (a) You must see to it that we or the "Aviation Managers" are notified promptly of a "wrongful act" which may result in a "claim".

      Notice should include:

         (1) What the "wrongful act" was and when it occurred; and

         (2) The names and addresses of anyone who may suffer damages as a result of the "wrongful act".

      (b) If a "claim" is made or "suit" is brought against any insured, you must see to it that we or the "Aviation Managers" receive prompt written notice of the "claim" or "suit".

      (c) You and any other involved insured must:

         (1) Immediately send us or the "Aviation Managers" copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit".

         (2) Authorize us or the "Aviation Managers" to obtain records and other information.

         (3) Cooperate with us or the "Aviation Managers" in the investigation, settlement or defense of the "claim" or "suit"; and

         (4) Assist us or the "Aviation Managers", upon our or the "Aviation Managers'" request, in the enforcement of any right against any person or organization which may be liable to the insured because of a "wrongful act" to which this insurance may also apply.

      (d) No insured will, except at their own cost, voluntarily make a payment, assume any obligation or incur any expenses without our or the "Aviation Managers'" consent.

8. Other Insurance.

If other valid and collectible insurance is available to the insured for a "loss" we cover under this endorsement, our obligations are limited as follows:

(a) Primary Insurance

The insurance is primary except when (b) below applies.  If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary.  Then we will share with all that other insurance by the method described in (c) below.

(b) Excess Insurance

(1) This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis.

(2) When this insurance is excess, we will have no duty to defend any "claim" or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

(3) When this insurance is excess over other insurance, we will pay only our share of the amount of the "loss", if any, that exceeds the sum of:

(i) The total amount that all such other insurance would pay for the "loss" in the absence of this insurance; and

(ii) The total of all deductibles and self-insured amounts under all that other insurance.

(4) We will share the remaining "loss", if any, with other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Schedule of this endorsement.

(c) Method of Sharing

If all of the other insurance permits contributions by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to total applicable limits of insurance of all insurers.

9. For purpose of the coverage provided by this endorsement, the following definitions are added to Section V - Definitions:

(a) "Administration" means:

(1) Providing information to "employees", including their dependents and beneficiaries, with respect to eligibility for or scope of the "employee benefit program".

    (2)   Interpreting the "employee benefit program",

    (3)   Handling records in connection with the "employee benefit program", or

    (4)   Effecting, continuing or terminating any "employee's" participation in any benefit included in the "employee benefit program", provided all such acts are authorized by the Named Insured shown in the Declarations.

However, "administration" does not include handling payroll deductions.

(b)   "Cafeteria plans" mean plans authorized by applicable law to allow "employees" to elect to pay for certain benefits with pre-tax dollars.

(c)   "Claim" means any demand or "suit", made by an "employee" or an "employee's" dependents and beneficiaries, for damages as the result of a "wrongful act".

(d)   "Employee" means a person actively employed, formerly employed, on leave of absence, or disabled, or retired.  "Employee" includes a "leased worker".  "Employee" does not include a "temporary worker".

(e)   "Employee benefit program" means a program providing some or all of the following benefits to "employees", whether provided through a "cafeteria plan" or otherwise:

    (1)   Group life insurance, group accident or health insurance, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements.

    (2)   Profit sharing plans, pension plans, "employee" stock ownership plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such benefits and such benefits are made generally available to those "employees" who satisfy the plan's eligibility requirements.

    (3)   Workers' compensation, unemployment insurance, social security benefits and disability benefits.

    (4)   Any other similar benefits instituted after the effective date of this endorsement, provided we or the "Aviation Managers" are  notified within thirty (30) days after the institution of such benefits and further provided that such "employee benefit program" is solely with respect to your "aviation operations".

(f)   "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your "aviation operations". "Leased worker" does not include a "temporary worker".

(g)   "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet short-term workload conditions.

(h)   "Wrongful act" means any actual or alleged negligent act, error or omission in the "administration" of the "employee benefit program".

10. For the purposes of the coverage provided by this endorsement, definition 19 in Section V - Definitions is deleted and replaced with the following:

   19. "Suit" means a civil proceeding in which damages because of a "wrongful act" to which this insurance applies are alleged. "Suit" includes:

      (a) An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

      (b) Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

11. SCHEDULE

   Limit of Liability:          $_____1,000,000._ each "employee" and in the annual aggregate

   Deductible:                  $_____NIL_

   Premium:                     $_____INCLUDED_

All other provisions of this policy remain the same.

This endorsement becomes effective _November 3, 2015_____ to be attached to and hereby made a part of Policy No. _AE 003380861-22_____ issued to _CENTRAL WEST VIRGINIA REGIONAL AIRPORT____ AUTHORITY AND AS ENDORSED_____ By _NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA_____

Endorsement No. _____12_____

Date of Issue _November 17, 2015_____FG__        By _____
                                                            (Authorized Representative)

CGL1252 (3/10)            Page 8

# GARAGEKEEPERS LIABILITY

This policy is amended as follows:

Exclusion **j.** (4) under **COVERAGE A** has been deleted only as respects the following:

"Property damage" to an "auto" occurring while such "auto" is in the care, custody or control of the insured for valet parking, towing, safekeeping, storage or while on airport premises for any other incidental use by the insured.

The amount we will pay for damages is limited to

$ _____ 50,000. _____ any one "auto"

$ _____ 1,000,000. _____ any one "loss"

subject to a deductible of

$ _____ 1,000. _____ each "auto"

Coverage provided by this endorsement does not apply to:

1.  this insured's liability under any agreement to be responsible for "loss"

2.  "loss" to robes, wearing apparel, personal effects or merchandise

3.  "loss" or damage to "auto" or parts of any "auto"

    (a)  owned by, leased to, rented to or loaned to the insured or partner(s) of the insured

    (b)  owned by, leased to, rented to or loaned to an officer or employee of the insured unless the "auto" is in your custody due to towing, or for valet parking for which a charge has been made

4.  "loss" due to theft or conversion caused in any way by you, your "employees", your partners or by your shareholders.

All other provisions of this policy remain the same.

This endorsement becomes effective _November 3, 2015_____ to be attached to and hereby made a part of Policy No. _AE 003380861-22_____ issued to _CENTRAL WEST VIRGINIA REGIONAL AIRPORT AUTHORITY AND AS ENDORSED_____

By _NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA_____

Endorsement No. _____13_____

Date of Issue _November 17, 2015_____ FG_

By _____
(Authorized Representative)

CGL660 (3/05)

## ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

SCHEDULE

| Name of Additional Insured Person(s) or Organization(s): |
| --- |
| UNITED NATIONAL BANK<br>P.O. BOX 393<br>CHARLESTON, WV 25322-0393<br><br>EXECUTIVE AIR TERMINAL<br>YEAGER AIRPORT<br>CHARLESTON, WV 25311<br><br>BANK ONE N.A.<br>P.O. BOX 1113<br>CHARLESTON, WV 25234 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**SECTION II - WHO IS AN INSURED** is amended to include as an additional Insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

A.  In the performance of your ongoing operations; or

B.  In connection with your premises owned by or rented to you.

All other provisions of this policy remain the same.

This endorsement becomes effective  November 3, 2015          to be attached to and hereby made a part of Policy No.  AE 003380861-22     issued to   CENTRAL WEST VIRGINIA REGIONAL AIRPORT
AUTHORITY AND AS ENDORSED
By  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Endorsement No. _____14_____

Date of Issue  November 17, 2015          FG___     By _____
                                                          (Authorized Representative)

CGL191 (3/05)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

# ADDITIONAL INSURED - DESIGNATED PERSON OR ORGANIZATION
# GROUND HANDLING OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

SCHEDULE

| Name of Additional Insured Person(s) or Organization(s): |
|---|
| SPIRIT AIRLINES, INC.<br>2800 EXECUTIVE WAY<br>MIRAMAR, FL 33025 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**SECTION II - WHO IS AN INSURED** is amended to include as an additional Insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf:

A.  In the performance of your ongoing operations; or

B.  In connection with your premises owned by or rented to you.

Exclusion **g.** of **COVERAGE A** - use shall not include your "loading or unloading" of any "aircraft" which is owned or operated by, or leased, rented or loaned to the insured shown in the above Schedule.

All other provisions of this policy remain the same.

This endorsement becomes effective _November 3, 2015_____ to be attached to and hereby made a part of Policy No. _AE 003380861-22_____ issued to __CENTRAL WEST VIRGINIA REGIONAL AIRPORT_____ AUTHORITY AND AS ENDORSED_____ By _NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA_____

Endorsement No. _____15_____

Date of Issue _November 17, 2015_____   _FG___         By _____

(Authorized Representative)

CGL602 (3/05)

Includes copyrighted material of Insurance Services Office, Inc. with its permission

## WEST VIRGINIA CANCELLATION / NONRENEWAL AMENDATORY ENDORSEMENT

Wherever used in this endorsement: 1) "we", "us", "our", and "Insurer" mean the insurance company which issued this policy; and 2) "you", "your", "Named Insured", "First Named Insured", and "Insured" mean the Named Corporation, Named Organization, Named Sponsor, Named Insured, or Insured stated in the Declarations page; and 3) "Other Insured(s)" means all other persons or entities afforded coverage under the policy.

In consideration of the premium charged, it is hereby understood and agreed that the cancellation / nonrenewal provisions of this policy are replaced by the following:

CANCELLATION

The Insurer may cancel this policy only for one or more of the following reasons:

1.  Failure of the Insured to pay the premium for this policy or any installment thereof within a reasonable time of the due date;

2.  The policy was obtained through material misrepresentation;

3.  The Insured or Other Insured(s) violates any of the material terms and conditions of the policy;

4.  The unavailability or reinsurance, upon sufficient proof thereof being supplied to the commissioner.

NOTICE

The Insurer may cancel a policy if the Insurer or his duly authorized agent mails to the first Named Insured written notice of cancellation. The notice shall be sent certified mail, return receipt requested, not more than thirty (30) days after the reason for cancellation arose or occurred, or the Insurer learned that it arose or occurred, and not less than thirty (30) days prior to the effective date of cancellation. The notice shall specify the reason for cancellation and the circumstances giving rise to the reason stated and inform the Insured of the right to a hearing within thirty (30) days.

NONRENEWAL

The Insurer may refuse to renew a policy if written notice of nonrenewal is sent to the first Named Insured by certified mail, return receipt requested, not less than ninety (90) days prior to the expiration date of the policy.

All other provisions of this policy remain the same.

This endorsement becomes effective ___November 3, 2015_____ to be attached to and hereby made a part of Policy No.___AE 003380861-22_____ issued to ___CENTRAL WEST VIRGINIA REGIONAL AIRPORT_____ AUTHORITY AND AS ENDORSED_____ By _NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA_____

Endorsement No. _____16_____

Date of Issue __November 17, 2015_____ FG____     By _____

(Authorized Representative)

52176 (8/02)

## POLICYHOLDER NOTICE

Thank you for purchasing insurance from a member company of American International Group, Inc. (AIG). The AIG member companies generally pay compensation to brokers and independent agents, and may have paid compensation in connection with your policy. You can review and obtain information about the nature and range of compensation paid by AIG member companies to brokers and independent agents in the United States by visiting our website at www.aig.com/producercompensation or by calling 1-800-706-3102.

UE1013 (04/13)