UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

CENTRAL WEST VIRGINIA
REGIONAL AIRPORT AUTHORITY,

      Plaintiff,

v.                                   Civil Action No. 2:21-CV-00431

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURG, PA;
AEROSPACE ADJUSTMENT
SERVICES, INC.; and INDIAN
HARBOR INSURANCE COMPANY,
foreign corporations,

      Defendants.

ORDER

      The court has received the report of the parties'
planning meeting filed pursuant to Federal Rule of Civil
Procedure 26(f).  The court nevertheless wishes to proceed with
the scheduling conference by telephone.

      Counsel for Central West Virginia Regional Airport
Authority are directed to set up the telephone conference for
the court and counsel at 1:30 p.m. on Friday, November 5, 2021.

      The Clerk is directed to transmit copies of this order
to all counsel of record and to any unrepresented parties.

ENTER: October 26, 2021

John T. Copenhaver, Jr.
Senior United States District Judge